JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ACEVEDO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SPECIAL AUTO GROUP LLC; DIANNA TER-VARDANYAN, AS TRUSTEE OF THE ARTEMIS TRUST; and DOES 1 to 10,<br><br>　　　　Defendant. | Case No. 2:24-cv-09573-AB (JPRx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 27, 2025

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.